**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| AUGUSTO DANIEL JIMENEZ MALDONADO, | Civil Action No. 26-5226 (RK) |
| Petitioner, | |
| v. | ORDER |
| TODD BLANCHE, et al., | |
| Respondents. | |

This matter comes before the Court on Petitioner's pro se Petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, which challenges his detention without the opportunity for a bond hearing. (ECF No. 1.) Petitioner alleges that he does not have a criminal history and was detained by Immigration and Customs Enforcement ("ICE") on December 31, 2025, while he was driving to work. (*Id.*, Petition at 1-4.) He further alleges that his asylum case is currently on appeal before the Board of Immigration Appeals ("BIA") and that he does not have a final order of removal. (*Id.*) He seeks release or an individualized bond hearing before an Immigration Judge. (*Id.*)

In *Mejia v. Cabezas*, No. 25-CV-17094, 2025 WL 3294405, at *2 (D.N.J. Nov. 14, 2025), this Court found that a noncitizen who entered the United States without inspection and was later arrested in the interior of the United States could only be detained under 8 U.S.C. § 1226(a); *see also Correa v. Delaney Hall*, No. 26-4876, 2026 WL 1803202, at *3 (D.N.J., 2026) (finding that a petitioner who was paroled under 8 U.S.C. § 1182(d)(5)(A) and detained years later was entitled to a bond hearing under § 1226(a)). Based on the facts alleged in the Petition and these prior decisions, the Court will order the following pre-answer relief.

**IT IS**, on this ___ day of July 2026,

**ORDERED** that the Petition for writ of habeas corpus is **GRANTED** (ECF No. 1); and it is further

**ORDERED that in accordance with 8 U.S.C. § 1226(a), within 7 days of the date of entry of this Order, Respondents shall provide Petitioner with an individualized bond hearing before an immigration judge who shall assess whether he presents a flight risk or a danger to the community, pursuant to 8 C.F.R. § 236.1(c)(8), (d)(1);** and it is further

**ORDERED that Petitioner's counsel shall have notice of the bond hearing, a reasonable opportunity to prepare, and be permitted to reschedule the hearing outside the seven-day period, if necessary, without seeking this Court's intervention;** and it is further

**ORDERED** that within three (3) days of that bond hearing, Respondents shall file a written notice of the outcome of that hearing with this Court and request to close this matter; and it is further

**ORDERED** that **ALTERNATIVELY,** if Respondents contend that Petitioner's case is factually or legally distinguishable, they shall file an expedited answer within five (5) days of the date of entry of this Order, and Petitioner may submit a reply within seven (7) days of his receipt of the same; and it is further

**ORDERED** that the Text Order at ECF No. 3, which stays Petitioner's transfer from New Jersey, shall remain in effect while this matter is pending; and it is further

**ORDERED** that the Motion for a Temporary Restraining Order at ECF No. 2 shall be **ADMINISTRATIVELY TERMINATED** considering the relief provided; and it is further

2

**ORDERED** that the Clerk of the Court shall send a copy of this Order by regular mail to Petitioner at the address on file.

_____
ROBERT KIRSCH
United States District Judge